IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 12-00549 |
| v. | : | |
| | : | |
| DAVID RAMOS | : | |
| | : | |

## ORDER

**AND NOW,** this **22nd** day of **January, 2021,** after considering Defendant's Motion under 28 U.S.C. § 2255 (ECF No. 53) and his Motion and Request for Appointment of Counsel (ECF No. 55) and the Responses thereto (ECF Nos. 57, 58), it is hereby **ORDERED** that Defendant's Motions (ECF Nos. 53, 55) are **DENIED** for the reasons set forth in the accompanying memorandum.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**